# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JANE DOE v. NATHANIEL STEVENSON

Case Number: 1:24-cv-02778

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Jane Doe

Attorney name (type or print): Jonah B. Heemstra

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3100

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6339094
(See item 3 in instructions)

Telephone Number: (312) 807-4318

Email Address: jonah.heemstra@klgates.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
- ✓ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 9, 2024

Attorney signature: S/ Jonah B. Heemstra
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015