## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                       Plaintiff,

v.                                        Case No.: 1:24−cv−02778

                                                      Honorable John J. Tharp Jr.

Nathaniel Stevenson

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

        MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's ex parte motion for protective order and to proceed under a pseudonym [4] is granted. The plaintiff is directed to submit a proposed protective order, in Word format, to the Court's proposed order inbox (Proposed_Order_Tharp@ilnd.uscourts.gov). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.