# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                 Plaintiff,

v.                                                       Case No.: 1:24–cv–02778
                                                          Honorable John J. Tharp Jr.

Nathaniel Stevenson

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2024:

       MINUTE entry before the Honorable John J. Tharp, Jr:Attorney David A. Bateman's motion for leave to appear pro hac vice [8] is granted. Counsel is directed to file his appearance on behalf of plaintiff Jane Doe. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.