**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: JANE DOE v. NATHANIEL STEVENSON      Case Number: 1:24-cv-02778

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Jane Doe

Attorney name (type or print): David A. Bateman

Firm:    K&L Gates LLP

Street address:    925 4th Avenue, Suite 2900

City/State/Zip:   Seattle, WA  98104

Bar ID Number: 14262        Telephone Number:   206-370-6682
(See item 3 in instructions)

Email Address: David.Bateman@klgates.com

Are you acting as lead counsel in this case?   ☒ Yes   ☐ No

Are you a member of the court's general bar?   ☐ Yes   ☒ No

Are you a member of the court's trial bar?   ☐ Yes   ☒ No

Are you appearing *pro hac vice*?   ☒ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes   ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 15, 2024

Attorney signature:     S/ *David A. Bateman*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023