UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| | ) CASE NO: 1:24-cv-02778 |
| Plaintiff, | ) |
| | ) |
| v. | ) **Honorable John J. Tharp, Jr.** |
| | ) **Honorable M. David Weisman** |
| NATHANIEL STEVENSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF
DEFENDANT'S VIOLATION OF 15 U.S.C. § 6851**

Pursuant to F.R.C.P. 56(a) and Local Rule 56.1, Plaintiff Jane Doe, by and through her attorneys, respectfully moves this Court for partial summary judgment on Count 1 of her Complaint, for Unlawful Disclosure of Intimate Images in violation of 15 U.S.C. § 6851. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Statement of Facts which fully set forth the reasons for the relief requested.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Partial Summary Judgment that Defendant violated 15 U.S.C. § 6851.

- 2 -

Dated: September 30, 2024            Respectfully submitted,

           By:    /s/ *David A. Bateman*
           David A. Bateman (pro hac vice)
           K&L GATES LLP
           925 4th Avenue, Suite 2900
           Seattle, WA 98104
           Telephone: (206) 370-6682
           david.bateman@klgates.com

           Kenn Brotman (IL6236771)
           Jonah B. Heemstra (IL6339094)
           K&L GATES LLP
           70 W. Madison St., Suite 3300
           Chicago, IL 60602
           Telephone: (312) 372-1121
           kenn.brotman@klgates.com
           jonah.heemstra@klgates.com

           Emily Jones (IL6339162)
           Chicago Alliance Against Sexual Exploitation
           307 N. Michigan Avenue, Suite 1020
           Chicago, IL 60601
           Telephone: (773) 244-2230 ext. 210
           ejones@caase.org

           *Attorneys for Plaintiff Jane Doe*