**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jane Doe
                    Plaintiff,

v.                                           Case No.: 1:24−cv−02778
                                                        Honorable John J. Tharp Jr.

Nathaniel Stevenson
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for partial summary judgment [32] is taken under advisement by Judge Tharp. The plaintiff's response is due 10/28/24; the defendant's reply is due 11/11/24. Because the Court treats the motion as one presented before the District Judge, the plaintiff need not refile the motion at this time. The Court no longer requires motions to be noticed for presentment. Accordingly, the plaintiff's notice hearing on 10/3/24 [33] is stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.