UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:24-cv-02778 |
| NATHANIEL STEVENSON, | ) ) ) |
| Defendant. | ) |

**NATHANIEL STEVENSON'S UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 29, 2025**

NATHANIEL STEVENSON, by and through his counsel, SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD., and for his Motion to Continue Settlement Conference, states as follows:

1. On July 3, 2025, the parties to this matter jointly agreed on the date of Septemb 29, 2025 for a settlement conference to pursue a resolution to this matter.

2. Last week counsel for NATHANIEL STEVENSON began a trial in Cook County, Michael Johnson & Robert Rosa v. Illinois State Tollway Highway Authority, et al., No. 2024 L 013349.

3. Counsel was only recently retained to be trial counsel for the aforementioned matter, and trial is currently expected to last six weeks at a minimum given the fact that Plaintiff has named over sixty witnesses to be called.

4. On September 15, 2025, defense counsel's office spoke with Plaintiff's counsel concerning these circumstances and counsel agreed to reschedule the settlement conference to a date that is convenient for all parties.

5. On the call, Mr. Brotman informed counsel that his office still intended to file Plaintiff's statement on Monday, September 15th.

6. Counsel respectfully requests this Court to reschedule the settlement conference to a date in late October or early November 2025 for a date that comports with the Court's schedule and Plaintiff's counsel.

WHEREFORE, NATHANIEL STEVENSON, respectfully requests that this Court grant his unopposed Motion to Continue the Settlement Conference Scheduled for September 25, 2025, and for any other relief this Court deems necessary.

*Dated: September 15, 2024*

                                      SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

                          By:  */s/ Paul D. Motz*

                                      Attorney for Nathaniel Stevenson

Paul D. Motz – pmotz@smsm.com
Stephen C. Bartholomew – sbartholomew@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Dr., Suite 5500
Chicago, Illinois 60606
(312) 645-7800; Fax (312) 645-7711

**Certificate of Service**

Under the penalties provided by law, the undersigned certifies that a true and correct copy of the above document was transmitted to counsel by way of the court's electronic filing system on October 28, 2024.

                                      */s/ Darline Dabney*
                                      Paralegal & Legal Assistant