UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
                  Plaintiff,

v.                                     Case No.: 1:24−cv−02778
                                                                Honorable John J. Tharp Jr.

Nathaniel Stevenson
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Defendant's unopposed motion to continue the settlement conference [65] is granted. The ex parte attorneys−only calls scheduled for 9/26/25 and the settlement conference scheduled for 9/29/25 are cancelled. Defense counsel is on trial for the next six weeks and will be unavailable for a conference during this time period. The parties should confer and generate a list of four dates in December and January when all necessary decisionmakers and counsel are available for a settlement conference. That information, as well as the parties' respective preferences for an in−person or remote conference, should be included in a joint status report that is due to the Court by 10/16/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.